# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV12-01730 JAK (SHx) | Date | April 16, 2012 |
| Title | Norma Ozuna v. San Miguel Produce, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL RE LACK OF PROSECUTION**

The Court, on its own motion, orders Plaintiffs to show cause in writing no later than **April 30, 2012**, why this action should not be dismissed for lack of prosecution. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff shall file an application for the entry of default. Plaintiffs are advised that the Court will consider the filing of an application, which complies with the federal rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. Failure to file respond will result in the dismissal of this matter.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | ak |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV12-01730 JAK (SHx) | Date | April 16, 2012 |
|---|---|---|---|
| Title | Norma Ozuna v. San Miguel Produce, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL RE LACK OF PROSECUTION**

The Court, on its own motion, orders Plaintiffs to show cause in writing no later than **April 30, 2012**, why this action should not be dismissed for lack of prosecution. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff shall file an application for the entry of default. Plaintiffs are advised that the Court will consider the filing of an application, which complies with the federal rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. Failure to file respond will result in the dismissal of this matter.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | ak |