# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV12-01730 JAK (SHx) | Date | June 21, 2012 |
|---|---|---|---|
| Title | Norma Ozuna v. San Miguel Produce, Inc., et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL RE LACK OF PROSECUTION**

The Court, on its own motion, orders Plaintiff to show cause in writing no later than **July 6, 2012**, why this action should not be dismissed for lack of prosecution for failing to comply with the Court's April 25, 2012 Order. Plaintiff is advised that the Court will consider the filing of an amended application, which complies with the federal rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. Failure to file respond will result in the dismissal of this matter.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |